AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LIBERTY CORPORATE CAPITAL, LTD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-179

FIRST METROPOLITAN BAPTIST CHURCH,
ALFONZA MCCLENDON, SR., and JANE DOE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of the Court dated September 13, 2021, Liberty's motion for summary judgment is granted. Judgment is entered in favor of Liberty Corporate Capital, LTD, and against First Metropolitan and Jane Doe, except for an award of costs.



| September 13, 2021 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _Candy Caswell_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020